**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1559**

———————

JAMES GUY ARNOLD,

Plaintiff - Appellant,

versus

AMERICA ONLINE,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  W. Craig Broadwater,
District Judge.  (CA-01-6-3)

———————

Submitted:  October 10, 2001          Decided:  October 22, 2001

———————

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Guy Arnold, Appellant Pro Se.  Laura Ann Heymann, AMERICA
ONLINE, INCORPORATED, Dulles, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Guy Arnold appeals from the district court's order dismissing his civil action pursuant to Fed. R. Crim. P. 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Arnold v. America Online, No. CA-01-6-3 (N.D.W. Va. Apr. 5, 2001). Moreover, we deny Arnold's motions for appointment of counsel and free copies of the pleadings in this case.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2